No. 00–707.  GOLDHAMER v. COHEN.  Sup. Ct. Va.  Motion of Children's Rights Counsel for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 00–7102.  SCHOPPER v. REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL.  C. A. 7th Cir.  Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.